Same case below, 56 So. 3d 769.

**No. 10-9002. Eric John King, Petitioner v. Arizona.**

563 U.S. 910, 131 S. Ct. 1798, 179 L. Ed. 2d 666, 2011 U.S. LEXIS 2493.

March 28, 2011. Petition for writ of certiorari to the Superior Court of Arizona, Maricopa County, denied.

**No. 10-9046. Jamie Stanton, Petitioner v. Bruce A. Salzburg, Attorney General of Wyoming.**

563 U.S. 910, 131 S. Ct. 1798, 179 L. Ed. 2d 666, 2011 U.S. LEXIS 2423.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 401 Fed. Appx. 313.

**No. 10-9055. Louis D. Cosco, Petitioner v. Robert O. Lampert, Director, Wyoming Department of Corrections, et al.**

563 U.S. 910, 131 S. Ct. 1798, 179 L. Ed. 2d 666, 2011 U.S. LEXIS 2478,

March 28, 2011. Petition for writ of certiorari to the Supreme Court of Wyoming denied.

Same case below, 229 P.3d 962.

**No. 10-9064. Wade Hampton Bigelow, Petitioner v. Florida Parole Commission, et al.**

563 U.S. 910, 131 S. Ct. 1799, 179 L. Ed. 2d 666, 2011 U.S. LEXIS 2444.

March 28, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

**No. 10-9074. Robert K. Ellis, Petitioner v. D. Berkebile, Warden.**

563 U.S. 910, 131 S. Ct. 1799, 179 L. Ed. 2d 666, 2011 U.S. LEXIS 2418.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 817.

**No. 10-9082. Joel Miles White, Petitioner v. Jim McDonald, Warden, et al.**

563 U.S. 910, 131 S. Ct. 1799, 179 L. Ed. 2d 666, 2011 U.S. LEXIS 2567.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 401 Fed. Appx. 181.

**No. 10-9097. Joshua Vicol, Petitioner v. United States.**

563 U.S. 911, 131 S. Ct. 1799, 179 L. Ed. 2d 666, 2011 U.S. LEXIS 2455.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 404 Fed. Appx. 1.

**No. 10-9107. Torrance Jones, Petitioner v. United States.**

563 U.S. 911, 131 S. Ct. 1799, 179 L. Ed. 2d 666, 2011 U.S. LEXIS 2470.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 388 Fed. Appx. 314.